UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT W. FALA and JUDITH A. FALA** | : |
| | : |
| Plaintiffs | CIVIL ACTION NO. 3:19-1132 |
| | : |
| v. | |
| | :     (JUDGE MANNION) |
| **PENNSYLVANIA CVS PHARMACY, LLC** | : |
| | : |
| Defendant | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Pennsylvania CVS Pharmacy, LLC's motion to dismiss, (Doc. 42), Plaintiffs Vince and Judith Fala's amended complaint as to the Count V claim for strict products liability under the Restatement (Second) of Torts, §402A is **GRANTED**;

2. Defendant Pennsylvania CVS Pharmacy, LLC's request within its motion to dismiss, (Doc. 42), that the amended complaint be dismissed in its entirety will be **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 30, 2021**
19-1132-01-ORDER